# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   LISA T ELLZEY                                        Case No.: 09-20613

           Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/05/2009.

2) This case was confirmed on 07/30/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/25/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/08/2010, 09/26/2011.

5) The case was completed on 06/18/2012.

6) Number of months from filing to the last payment:  36

7) Number of months case was pending:  42

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted:  $   12,720.00

10) Amount of unsecured claims discharged without payment  $   21,430.86

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 5,480.71 |
| Less amount refunded to debtor | $ | 80.70 |
| **NET RECEIPTS** | $ | 5,400.01 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 3,474.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 309.09 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,783.09 |
| Attorney fees paid and disclosed by debtor | $ | 26.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS TITLE LOANS | SECURED | 300.00 | 435.61 | .00 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NA | NA | NA | .00 | .00 |
| ACA RECOVERY | UNSECURED | 635.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 495.00 | 320.00 | 320.00 | 60.02 | .00 |
| FIRST PREMIER | UNSECURED | 463.36 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 495.35 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 100.00 | 191.43 | 191.43 | 35.90 | .00 |
| CMS | UNSECURED | 227.86 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 671.81 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 288.00 | 329.72 | 329.72 | 61.83 | .00 |
| JOHN H STROGER HOSPI | UNSECURED | 2,649.60 | NA | NA | .00 | .00 |
| PROVIDENT HOSP OF CO | UNSECURED | 800.40 | NA | NA | .00 | .00 |
| DINERO INVESTMENTS | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| ASPEN MASTERCARD | UNSECURED | 824.55 | NA | NA | .00 | .00 |
| CHICAGO IMAGING ASSO | UNSECURED | 332.00 | NA | NA | .00 | .00 |
| ASPEN MASTERCARD | UNSECURED | 825.00 | NA | NA | .00 | .00 |
| ALL AMERICA LENDING | UNSECURED | 850.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 420.00 | 420.00 | 420.00 | 78.76 | .00 |
| EASYPAY | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| ALL AMERICAN LENDING | UNSECURED | 850.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 573.94 | 827.43 | 827.43 | 155.16 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 282.90 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                Claim          Claim          Claim       Principal      Int.    |
|   Name         Class   Scheduled      Asserted       Allowed        Paid        Paid    |
|                                                                                |
| PLS FINANCIAL SVCS I  UNSECURED      200.00          NA            NA            .00        .00   |
| FIRST CHICAGO         UNSECURED      260.00          NA            NA            .00        .00   |
| EAST BAY FUNDING      UNSECURED      216.16        850.00        850.00       159.39        .00   |
| PROVIDENT HOSP OF CO  UNSECURED    2,219.40      2,875.40      2,875.40       539.20        .00   |
| THOREK HOSPITAL       UNSECURED    1,334.54          NA            NA            .00        .00   |
| TURNER ACCEPTANCE     UNSECURED      830.00      1,405.52      1,405.52       263.56        .00   |
| UNITED CASH LOANS     UNSECURED      260.00          NA            NA            .00        .00   |
| CHICAGO EMERGENCY PH  UNSECURED      427.00          NA            NA            .00        .00   |
| US DEPT OF EDUCATION  UNSECURED    4,007.00      4,046.17      1,127.91       153.96        .00   |
| WESTBURY VENTURES     UNSECURED      290.00          NA            NA            .00        .00   |
| AMERICASH LOANS LLC   UNSECURED          NA        582.00        582.00       109.14        .00   |
| TURNER ACCEPTANCE     UNSECURED      175.00          NA            NA            .00        .00   |
| INTERNAL REVENUE SER  UNSECURED          NA        635.00        635.00          .00        .00   |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 9,564.41 | 1,616.92 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,783.09 |
| Disbursements to Creditors | $ | 1,616.92 |
| **TOTAL DISBURSEMENTS:** | $ | 5,400.01 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/06/2012                                    /s/ Tom Vaughn
                                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**